UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAUGABROOK, | ) | Case No. 1:21 CV 546 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| WESTERN RESERVE AREA AGENCY ON AGING, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that the parties have reached a settlement. Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement on or before December 29, 2021.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: November 17, 2021